**Exhibit A**

|    | **Store** | **Address** |
|----|-----------|-------------|
| 1  | 8 West Bakery, LLC | 8 West 40th Street, New York, NY 10018 |
| 2  | 55 Hudson Yards Bakery, LLC | 550 West 34th Street, New York, NY 10001 |
| 3  | 210 Joralemon Bakery, LLC | 57 Court Street, Brooklyn, NY 11201 |
| 4  | 339 Seventh Avenue Bakery, LLC | 339 Seventh Avenue, New York, NY 10001 |
| 5  | 370 Lexington Avenue Bakery, LLC | 370 Lexington Avenue, New York, NY 10017 |
| 6  | 400 Fifth Avenue Bakery, LLC | 400 Fifth Avenue, New York, NY 10018 |
| 7  | 575 Lexington Avenue Bakery, LLC | 575 Lexington Avenue, New York, NY 10022 |
| 8  | 685 Third Avenue Bakery, LLC | 685 Third Avenue New York, NY 10017 |
| 9  | 787 Seventh Avenue Bakery, LLC | 149 West 51st Street, New York, NY 10019 |
| 10 | 921 Broadway Bakery, LLC | 921 Broadway, New York, NY 10010 |
| 11 | NYC 1294 Third Ave Bakery, LLC | 1294 Third Avenue, New York, NY 10021 |
| 12 | 1377 Sixth Avenue Bakery, LLC | 1377 Sixth Avenue, New York, NY 10019 |
| 13 | 1400 Broadway Bakery, LLC | 1400 Broadway, New York, NY 10018 |
| 14 | 1535 Third Avenue Bakery, LLC | 1535 Third Avenue New York, NY 10128 |
| 15 | 1800 Broadway Bakery, LLC | 1800 Broadway, New York, NY 10019 |
| 16 | 2161 Broadway Bakery, LLC | 2161 Broadway New York, NY 10024 |