**Exhibit B**

## Corporate Ownership




- COSMOLEDO, LLC
  - 100% →
    1. 8 West Bakery, LLC
    2. 1294Third Bakery, LLC
    3. 921 Broadway Bakery, LLC
    4. 1800 Broadway Bakery, LLC
    5. 1535 Third Avenue Bakery, LLC
    6. 2161 Broadway Bakery, LLC
    7. 210 Joralemon Bakery, LLC
    8. 339 Seventh Bakery, LLC
    9. 685 Third Bakery, LLC
    10. 787 Seventh Bakery, LLC
    11. 400 Fifth Bakery, LLC
    12. 1400 Broadway Bakery LLC
    13. 55 Hudson Yards Bakery, LLC
    14. 370 Lexington Bakery, LLC
    15. 1377 Sixth Bakery, LLC
    16. 575 Lexington Bakery, LLC
  - 100% → BREADROLL, LLC
  - 100% →
    - 178 Bruckner Commissary, LLC
    - 95 Broad Commissary, LLC
    - 688 Bronx Commissary, LLC

20-12129-mew Doc 2-2 Filed 09/10/20 Entered 09/10/20 22:34:32 Exhibit B Pg 2 of 2