**Exhibit C**

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Cosmoledo, LLC, et al. |
| **United States Bankruptcy Court for the:** Southern District of New York |
| **Case number (if known):** 20-_____ |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis  12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Santander Bank N.A Sovereign Bank P.O. Box 14655 Reading PA 19612 | Alex Escobar aescobar@santander.us Tel: 917-421-4869 | Loan | ☐ C ☐ U ☐ D | | | $6,662,292.00[1] |
| 2 | Maison Eric Kayser Medatlantique Limited 7D Nikou Kradioti tower 4 3rd Floor Flat / Office 302 Ergomi PC Nicosia 2411 Cyprus | Francois Herbaux francois.herbaux@maison-kayser.com Tel: 3572-231-3339 | Royalties | ☐ C ☐ U ☑ D | | | $623,988.99[1] |
| 3 | Central Park South Associates LLC 240 Central Park South Mgmt Office New York NY 10019 | Jenny K. jennyk@omnispective.com Tel: 212-581-6394 | Rent | ☐ C ☐ U ☐ D | | | $453,071.85[1] |
| 4 | AB 40th Street LLC 110 East 59th Street 34th Floor New York NY 10022-1379 | Shauna Singer ssinger@resnicknyc.com Tel: 212-421-1300 Ext 574 | Rent | ☐ C ☐ U ☐ D | | | $318,235.26[1] |
| 5 | 3rd and 87th LP Attn: Pinnacle City Living P.O. Box 445 Emerson NJ 07630 | 200east87mgr@pinnacleliving.com Tel: 646-813-2275 | Rent | ☐ C ☐ U ☐ D | | | $305,501.48[1] |
| 6 | 575 Lex Property Owner LLC P.O. Box 780236 Philadelphia PA 19178-0236 | Christa Hinckley chinckley@normandyrealty.com Tel: 212.702.9824 x202 | Rent | ☐ C ☐ U ☐ D | | | $288,824.57[1] |
| 7 | The Langham Place, Fifth Avenue 400 Fifth Avenue New York NY 10018 | Hannah Riches hannah.riches@langhamhotels.com Tel: 212-613-8643 | Rent | ☐ C ☐ U ☐ D | | | $288,198.50[1] |

Debtor  **Cosmoledo, LLC, et al.**                                                                                           Case number *(if known)* 20-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | William Colavito, Inc.<br>352 Seventh Avenue<br>Suite 211<br>New York NY 10001 | colavito_re@yahoo.com<br>Tel: 212-688-1414 | Rent | ☐ C<br>☐ U<br>☐ D | | | $268,697.55[1] |
| 9 | The Claridge's Company LLC<br>c/o Manhattan Skyline<br>103 W 55th Street<br>New York NY 10019 | Adolfo Rodas<br>AR@mskyline.com<br>Tel: 212-977-4813 | Rent | ☐ C<br>☐ U<br>☐ D | | | $263,530.95[1] |
| 10 | Douglas Elliman Property Mgmnt<br>C/O 175 East 74th Corporation<br>PO Box 11830<br>AR Dept: PD<br>Newark NJ 07101-8182 | Neil Rappaport<br>Neil.Rappaport@ellimanpm.com<br>Tel: 212-350-2879 | Rent | ☐ C<br>☐ U<br>☐ D | | | $260,635.00[1] |
| 11 | Colorado Associates LLC<br>421 Seventh Avenue<br>15th floor<br>New York NY 10001 | Ethel He<br>ehee@aagmgmt.com<br>Tel: 212-564-7250 | Rent | ☐ C<br>☐ U<br>☐ D | | | $256,296.42[1] |
| 12 | 373-381 PAS Associates, LLC<br>c/o Atco Properties & Management<br>97-77 Queens Blvd<br>11th Floor<br>Rego Park NY 11374 | Martina Jankova<br>MJankova@atco555.com<br>Tel: 718-326-3560 | Rent | ☐ C<br>☐ U<br>☐ D | | | $225,914.31[1] |
| 13 | ESRT 1400 Broadway LLC<br>P.O. Box 28848<br>New York NY 10087-8848 | Othaniel Stone<br>ostone@empirestaterealtytrust.com<br>Tel: 212-400-3331 | Rent | ☐ C<br>☐ U<br>☐ D | | | $219,117.75[1] |
| 14 | FSP 787 Seventh, LLC<br>PO Box 780378<br>Philadelphia PA 19178-0378 | Cinthia Tejada<br>ctejada@cwp-ms.com<br>Tel: 212.554.8879 | Rent | ☐ C<br>☐ U<br>☐ D | | | $201,419.13[1] |
| 15 | BSD 370 Lexington, LLC<br>P.O. Box 76310<br>Baltimore MD 21275-6310 | Nyshema Gary<br>jamesa@bsdre.com<br>Tel: 212-370-9800 | Rent | ☐ C<br>☐ U<br>☐ D | | | $195,500.59[1] |
| 16 | One Hudson Yards Owner, LLC<br>c/o The Related Companies LP<br>60 Columbus Circle<br>New York NY 10023 | Ted Shields<br>ted.shields@related.com<br>Tel: 347-920-7514 | Rent | ☐ C<br>☐ U<br>☐ D | | | $193,391.33[1] |
| 17 | GO 685 Third Avenue Owner LLC<br>285 Madison Avenue<br>Suite 1800<br>New York NY 10017 | Jason Hill<br>Ira.Gardner@am.jll.com<br>Tel: 212-682-5601 | Rent | ☐ C<br>☐ U<br>☐ D | | | $178,559.69[1] |
| 18 | Imperial Bag & Paper Co., LLC<br>255 Route 1&9<br>Jersey City NJ 07306 | cmerced@imperialbag.com<br>Tel: 201-437-7440 | Trade | ☐ C<br>☐ U<br>☑ D | | | $161,987.86[1] |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          Page 2

Debtor **Cosmoledo, LLC, et al.**  Case number *(if known)* **20-\_\_\_\_\_**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Baldor Specialty Foods, Inc  P.O. Box 5411  New York NY 10087-5411 | John Hansburg  SLuna@baldorfood.com  Tel: 347-672-2176 | Trade | ☐ C  ☐ U  ☑ D | | | $151,277.26[1] |
| 20 | 210 Muni LLC  c/o United American Land LLC  73 Spring Street  6th Floor  New York NY 10012 | Miriam Bric  miriam@ualny.com  Tel: 917-560-9168 | Rent | ☐ C  ☐ U  ☑ D | | | $148,592.00[1] |

[1]The Debtors reserve all rights with respect to all claims as listed on this schedule.