**Exhibit D**

**Maison Kayser**
**Secured Creditors***

| Secured Creditor | Address | Amount | Description of Claim |
|---|---|---|---|
| Interaudi Bank | 19 East 54th Street, New York, NY 10022 | $ 1,071,315 | Mortgage on 668 Bronx Real Estate |
| MK Debt LLC | 56 West 22nd Street, 2nd Floor, New York, NY 10010 | $ 72,534,129 | Secured Promissory Note |

*The Debtors reserve all rights with respect to all claims as listed on this schedule