**Exhibit F**

**Exhibit F**

| Location of Asset | Asset |
|---|---|
| 1535 Third Avenue New York, NY 10028 | Café |
| 1294 Third Avenue New York, NY 10021 | Café |
| 2161 Broadway New York, NY 10024 | Café |
| 1800 Broadway New York, NY 10019 | Café |
| 1377 Sixth Avenue New York, NY 10019 | Café |
| 575 Lexington Avenue New York, NY 10022 | Café |
| 149 West 51st Street New York, NY 10019 | Café |
| 685 Third Avenue New York, NY 10017 | Café |
| 370 Lexington Avenue New York, NY 10017 | Café |
| 8 West 40th Street New York, NY 10018 | Café |
| 1400 Broadway New York, NY 10018 | Café |
| 400 Fifth Avenue New York, NY 10018 | Café |
| 339 Seventh Avenue, New York, NY 10001 | Café |
| 550 West 34th Street New York, NY 1000 | Café |
| 921 Broadway New York, NY 10010 | Café |
| 57 Court Street Brooklyn, NY 11201 | Café |
| 178 Bruckner Blvd, Bronx, NY 10454 | Commissary |
| 688 East 135th Street, New York, NY 10454 | Warehouse |
| 373 Park Avenue South, 2nd Floor, New York, NY 10016 | Office |