**Exhibit G**

**Maison Kayser**
**Senior Management Summary**
**Source: Maison Kayser Employee List**

| Employee Name | Department | Position | Hire Date | Experience |
|---|---|---|---|---|
| Jose Alcalay | Officers Salary | CEO \| Officers Salary | 9/26/2016 | Jose has served as the Company's since September of 2016. Currently Chief Executive Officer, Jose was also President of the company from May 2019 to March 2020, Chief Financial Officer & Chief Operating Officer from March 2018 to May 2019 and Chief Financial Officer from September 2016 to March 2018. Prior to serving the Company, Jose held various Senior Financial and C-level Executive positions in different industries (Corporate trading, Direct marketing, Cosmetic and Online retail) since February 2002. Jose hold the equivalent of a Master degree in International Business Development from the University of Paris XIII and the equivalent of a Associate BA in Electrical Engineering from the University of Technology of Cachan (France). |
| Kimberly Colon-Moller | People | VP of Human Resources \| People | 8/14/2019 | 30+ years progressive domestic and global HR experience in multiple industries - hospitality, finance, luxury retail and multimedia |
| Trevor Buchanan | Finance \| Accounting | Director of Finance \| Finance \| Accounting | 9/30/2019 | 10+ years in the hospitality industry as a forward-thinking financial leader with an exceptional record of progressive leadership and defining strategic direction based on sound financial analysis and outstanding cross-functional management capabilities. |
| Ron Ng | Finance \| Accounting | Assistant Financial Controller \| Finance \| Accounting | 4/20/2015 | 10+ years in accounting & finance across 7 industries including hospitality, airline and real estate. |